NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ENDOTACH LLC,**

*Plaintiff-Appellant*

**v.**

**COOK MEDICAL LLC,**

*Defendant-Appellee*

---

2018-1347

---

Appeal from the United States District Court for the Southern District of Indiana in No. 1:13-cv-01135-RLM-MJD, Senior Judge Robert L. Miller, Jr.

---

## JUDGMENT

---

JONATHAN TAD SUDER, Friedman, Suder & Cooke, Fort Worth, TX, argued for plaintiff-appellant. Also represented by GLENN SCHUYLER ORMAN, BRETT MICHAEL PINKUS.

DOMINIC P. ZANFARDINO, Brinks Gilson & Lione, Chicago, IL, argued for defendant-appellee. Also represented by JEFFRY M. NICHOLS, JASON WAYNE SCHIGELONE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, REYNA, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 9, 2018    /s/ Peter R. Marksteiner
Date                Peter R. Marksteiner
                    Clerk of Court